# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3531
LT Case No. 1990-CF-015112-A

_____

CALVIN L. WEEMS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Calvin L. Weems, Raiford, pro se.

No Appearance for Appellee.


July 14, 2026


PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____